UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA, et al.,

   *Plaintiffs*,

v.    No. 8:22-cv-718-WFJ-JSS

ROCHELLE P. WALENSKY, et al.,

   *Defendants*.

_____/

## **NOTICE OF RELATED ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the above-captioned case is related to pending or closed civil cases previously filed in this Court, or any other federal or state court, or administrative agency as indicated below.

The following cases challenge the same government action:

*Health Freedom Defense Fund v. Biden*, No. 8:21-cv-1693 (M.D. Fla.) (Mizelle, J.)

*Wall v. CDC*, No. 6:21-cv-975 (M.D. Fla.) (Byron, J.)

*Massie v. CDC*, No. 1:22-cv-31 (W.D. Ky.)

*Mahwikizi v. CDC*, No. 1:21-cv-3467 (N.D. Ill.)

*Van Duyne v. CDC*, No. 4:22-cv-122 (N.D. Tex.)

The following case was a challenge to the CDC's Conditional Sailing Order. That case raised similar legal questions and involved many of the same parties.

Further, the parties in that case litigated issues related to the challenged mask mandate in this case. *See* Dkt. 114.

*Florida v. Becerra*, No. 8:21-cv-839 (M.D. Fla.) (Merryday, J.)

I further certify that I will serve a copy of this Notice of Related Actions on each party no later than fourteen days after appearance of the party.

        Respectfully submitted,

        Ashley Moody
        ATTORNEY GENERAL

        John Guard (FBN 374600)
        CHIEF DEPUTY ATTORNEY GENERAL

        */s/ James H. Percival*
        James H. Percival* (FBN 1016188)
        DEPUTY ATTORNEY GENERAL OF LEGAL POLICY
        *Lead Counsel

        Henry C. Whitaker (FBN 1031175)
        SOLICITOR GENERAL

        Daniel Bell (FBN 1008587)
        CHIEF DEPUTY SOLICITOR GENERAL

        Jason H. Hilborn (FBN 1008829)
        DEPUTY SOLICITOR GENERAL

        Office of the Attorney General
        The Capitol, Pl-01
        Tallahassee, Florida 32399-1050
        (850) 414-3300
        (850) 410-2672 (fax)
        james.percival@myfloridalegal.com

        *Counsel for the Plaintiffs*

Other Counsel:[1]

Steve Marshall
*Alabama Attorney General*
Edmund G. LaCour Jr.
*Solicitor General*
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152
(334) 353-2196
edmund.lacour@alabamaag.gov

Treg R. Traylor
*Attorney General of Alaska*
Charles Edmond Brasington
*Assistant Attorney General*
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
(907) 269-6612
charles.brasington@alaska.gov

Mark Brnovich
*Arizona Attorney General*
Drew C. Ensign
*Deputy Solicitor General*
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-5025
drew.ensign@azag.gov

---

[1] Counsel for Florida is appearing as counsel of record for all Plaintiffs. Listed other counsel who wish to appear in this matter will file separate motions to appear pro hac vice, with counsel for Florida serving as local counsel.

Leslie Rutledge
*Arkansas Attorney General*
Dylan L. Jacobs
*Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-3661
dylan.jacobs@arkansasag.gov

Christopher M. Carr
*Attorney General of Georgia*
Stephen J. Petrany
*Solicitor General*
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

Lawrence G. Wasden
*Idaho Attorney General*
Dayton Reed
*Deputy Attorney General*
Office of the Idaho Attorney General
700 W. Jefferson Street
Boise, ID 83720-0010
(208) 334-2400
dayton.reed@ag.idaho.gov

Theodore E. Rokita
*Attorney General of Indiana*
Thomas M. Fisher
*Solicitor General*
Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
(317) 232-6255
tom.fisher@atg.in.gov

Derek Schmidt
*Attorney General of Kansas*
Shannon Grammel
*Deputy Solicitor General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
(785) 296-2215
shannon.grammel@ag.ks.gov

Daniel Cameron
*Attorney General of Kentucky*
Marc Manley
*Associate Attorney General*
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
(502) 696-5478
marc.manley@ky.gov

Jeff Landry
*Attorney General of Louisiana*
Elizabeth B. Murrill
*Solicitor General*
Joseph S. St. John
*Deputy Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

Lynn Fitch
*Attorney General of Mississippi*
John V. Coghlan
*Deputy Solicitor General*
State of Mississippi
Office of the Attorney General
550 High Street
Jackson, MS 39201
(601) 359-3680
john.coghlan@ago.ms.gov

Eric S. Schmitt
*Missouri Attorney General*
D. John Sauer
*Solicitor General*
Jeff P. Johnson
Michael E. Talent
Office of Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8870
(573) 751-0774
jeff.johnson@ago.mo.gov

Austin Knudsen
*Attorney General*
Kristin Hansen
*Lieutenant General*
David M.S. Dewhirst
*Solicitor General*
Montana Department of Justice
215 N Sanders
Helena, MT 59601
(406) 444-2026
david.dewhirst@mt.gov

Douglas J. Peterson
*Nebraska Attorney General*
James A. Campbell
*Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
jim.campbell@nebraska.gov

Dave Yost
*Ohio Attorney General*
Benjamin M. Flowers
*Ohio Solicitor General*
30 E. Broad St., 17th Floor
Columbus, OH 43220
(614) 466-8980
bflowers@ohioago.gov

John M. O'Connor
*Oklahoma Attorney General*
Bryan Cleveland
*Deputy Solicitor General*
Office of the Oklahoma Attorney General
313 NE 21st St.
Oklahoma City, OK 73105
(405) 521-3921
bryan.cleveland@oag.ok.gov

Alan Wilson
*Attorney General of South Carolina*
Thomas T. Hydrick
*Assistant Deputy Solicitor General*
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

Sean D. Reyes
*Utah Attorney General*
Melissa Holyoak
*Utah Solicitor General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov

Jason S. Miyares
*Attorney General of Virginia*
Andrew N. Ferguson
*Solicitor General*
Kevin M. Gallagher
*Deputy Solicitor General*
Virginia Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
(804) 786-7704
aferguson@oag.state.va.us

Patrick Morrisey
*Attorney General of West Virginia*
Lindsay S. See
*Solicitor General*
Office of the Attorney General of West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021
lindsay.s.see@wvago.gov