

United States of America
c/o United States Attorney's Office
Civil Process Clerk
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602

U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue, NW
Room 1111
Washington, DC 20530



Xavier Becerra, Secretary
U.S. Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

United States Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485



Sherri A. Berger, Chief of Staff
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329-4027



Rochelle Walensky, Director
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329-4027



