**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:22-cv-718-WFJ-JSS | **DATE:** April 19, 2022 |
| **HONORABLE WILLIAM F. JUNG** | |
| **STATE OF FLORIDA, ET AL.,**<br><br>    Plaintiffs<br><br>v.<br><br>**ROCHELLE P. WALENSKY, et al.,**<br><br>    Defendants | **PLAINTIFF COUNSEL**<br>James Hamilton Percival, II<br>Natalie Christmas<br><br><br>**DEFENDANT COUNSEL**<br>Stephen Michael Pezzi<br>Eric Beckenhauer |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 8:26 AM – 8:31 AM<br>**TOTAL:** 6 Minutes | **COURTROOM:** 15B - Telephonic |

**PROCEEDINGS:**    STATUS CONFERENCE

Court called to order.

Counsel identified for the record.

Plaintiff counsel addressed the Court.

Defense counsel addressed the Court.

Court adjourned.