# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STATE OF FLORIDA, *et al.*,

    Plaintiffs,

v.

ROCHELLE P. WALENSKY, *et al.*,

    Defendants.

Case No. 8:22-cv-718-WFJ-JSS

## DEFENDANTS' NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X__  IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Related cases in the Middle District of Florida (in order of filing date)[1]

- *Wall v. CDC*, No. 6:21-cv-00975 (M.D. Fla.)
- *Health Freedom Defense Fund v. Biden*, No. 8:21-cv-1693 (M.D. Fla.)

---

[1] Plaintiffs agree that *Wall* and *Health Freedom* "challenge the same government action" that is at issue in the above-captioned matter. Pls.' Notice of Related Actions, ECF No. 3. In their Notice, however, Plaintiffs also listed *Florida v. Becerra*, No. 8:21-cv-839 (M.D. Fla.). Defendants do not agree that *Florida v. Becerra* is related to this case. As Plaintiffs acknowledge, *Florida v. Becerra* "was a challenge to the CDC's Conditional Sailing Order" for cruise ships, which was a different agency action (no longer in effect) that is not at issue here. By contrast, all of the other related cases identified in this Notice (and in Plaintiffs' notice) are, like this case, challenges to the CDC's transportation mask order. *See* CDC, *Order Under Section 361 of the Public Health Service Act, Requirement for Persons to Wear Masks While on Conveyances and at Transportation Hubs*, 86 Fed. Reg. 8025 (Feb. 3, 2021).

*Florida v. Becerra* is closed. *See* Notice of Voluntary Dismissal, ECF Nos. 132, 133, *Florida v. Becerra*, No. 8:21-cv-839 (M.D. Fla. Feb. 10, 2022). *Wall* and *Health Freedom* have both been litigated to final judgment in district court. *Health Freedom* is currently pending before the Eleventh Circuit (No. 22-11287). The plaintiff in *Wall* has informed government counsel that he intends to file a notice of appeal, but has not yet done so as of the date of this filing.

<u>Related cases in other federal districts (in order of filing date)</u>

- *Mahwikizi v. CDC*, No. 21-cv-3467 (N.D. Ill.)
- *Bobay-Somers v. HHS*, No. 21-cv-335 (N.D. Ind.)
- *Faris v. CDC*, No. 22-cv-23 (W.D. Ky.)
- *Seklecki v. CDC*, No. 22-cv-10155 (D. Mass.)
- *Andreadakis v. CDC*, No. 22-cv-52 (E.D. Va.)
- *Van Duyne v. CDC*, No. 22-cv-122 (N.D. Tex.)
- *Chenge v. CDC*, No. 22-cv-165 (W.D. Mich.)
- *Doe v. Dep't of Transp.*, No. 22-cv-402 (W.D. Pa.)
- *Bigtree v. CDC*, No. 22-cv-0224 (W.D. Tex.)
- *Massie v. CDC*, No. 22-cv-31 (W.D. Ky.)
- *Carlin v. CDC*, No. 22-cv-0800 (D.D.C.)
- *Family Research Council Action v. Biden*, No. 22-cv-209 (N.D. Tex.)
- *Trocano v. CDC*, No. 22-cv-0727 (D. Colo.)
- *Marcus v. CDC*, No. 22-cv-2383 (C.D. Cal.)

_____    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated: May 4, 2022                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ROGER B. HANDBERG
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

By:   */s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202-305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*